JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO GONZALEZ-TZITA, et al., | Case No. CV 16-0194 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Plaintiffs Leonardo Gonzalez-Tzita, Esteban Diego Esteban, and Sidonio Lomeli shall each be paid a service payment of $1,500 in accordance with the terms of the Settlement Agreement and the Order. Plaintiff Lomeli shall additionally be compensated for his individual claims as set forth in the Settement Agreement and the Order.

2. Class counsel shall be paid $391,243.75 in attorney's fees, and $25,460.43 in costs in accordance with the terms of the Settlement Agreement and the Order.

3. The Claims Administrator, JND, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement and this Order. Such fees and expenses shall be paid from the costs awarded to plaintiffs' counsel.

4. All class members who did not validly and timely request exclusion from the settlement

have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

5.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 25th day of August, 2020.

                                         /s/
                            Fernando M. Olguin
                       United States District Judge